SEP-29-2011   10:11        USMS                                    559 487 5611    P.001

) 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

**FILED**

SEP 2 9 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY CLERK

United States of America

v.

HARRY MARSHALL RAE
*Defendant*

)
)
)
)
)

Case No.    2:11-mj-00108

1:11-mj-00197 SKO

## ARREST WARRANT

o:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(ame of person to be arrested)*    HARRY MARSHALL RAE

`ho is accused of an offense or violation based on the following document filed with the court:

] Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    X Complaint
] Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

`his offense is briefly described as follows:

`larry Marshall Rae transmitted in interstate commerce a communication containing a threat to injure the property or
:putation of the addressee or of another, that is, the acting Governor of the State of West Virginia, with intent to extort from
ny person, firm, association, or corporation, any money or other thing of value. In violation of Title 18, United States Code,
.ection 875(d).

)ate: Sept 26, 2011

:ity and state:    Charleston, WV

Mary E. Stanley
*Issuing officer's signature*

Mary E. Stanley, U.S. Magistrate Judge
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____

t *(city and state)* _____ .

)ate: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of West Virginia

SEP 26 2011

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Harry Marshall Rae | ) Case No. 2:11-mj-00108 |
| | ) |
| | ) |
| | ) |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 18, 2011 _____ in the county of _____ Kanawha _____ in the
_____ Southern _____ District of _____ West Virginia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(d) | Transmitting in interstate commerce a communication containing a threat to injure the property or reputation of the addressee or of another with intent to extort from any person, firm, association, or corporation, any money or other thing of value. |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Hugh J. Mallet.

☑ Continued on the attached sheet.

_Complainant's signature_

Hugh J. Mallet, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _Sept. 26, 2011_

_Judge's signature_

City and state: _____ Charleston, West Virginia _____

Mary E. Stanley, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

STATE OF WEST VIRGINIA

COUNTY OF KANAWHA, to-wit:

I, Hugh J. Mallet, being first duly sworn, do hereby depose and state as follows:

1.  I have been a special agent with the Federal Bureau of Investigation (FBI) for approximately 14½ years and am currently assigned to the Charleston Field Office. The following facts are based upon my personal knowledge, as well as my discussions with other FBI agents, other law enforcement officers, and witnesses with knowledge relevant to the events described herein.

### THE OFFENSE CONDUCT

2.  The Office of the United States Attorney for the Southern District of West Virginia and the FBI are investigating a threat made in violation of 18 U.S.C. § 875(d).

3.  The FBI has received a copy of a communication sent to the current acting Governor of West Virginia, who is running for election as Governor. The communication was sent using an interactive internet form titled "Submit a Comment to the Governor," available on the official website of the Office of the Governor of West Virginia at http://www.governor.wv.gov/Pages/

    SubmitaCommenttotheGovernor.aspx (the "Comment Form"). The submission of a communication via the Comment Form results in an electronic mail communication being transmitted to an official electronic mail address for the Governor of West Virginia, which is received on a computer located in or around Charleston, Kanawha

County, West Virginia, in the Southern District of West Virginia. A copy of that communication is attached as Attachment A. The communication indicates that it was sent by person identifying himself as Marshall Rae, with a stated address of 4195 East Parson Point Road, Hernando, Florida. A review of the message reveals that the communication contains a threat to injure the reputation of the acting Governor through the release of certain videos, which relate to the greyhound racing business, to the media and the acting Governor's opponent in the election.

4.      The communication described in paragraph 3 was transmitted through a computer server maintained by Hughes Network Systems, LLC, in or around Las Vegas, Nevada.

5.      The FBI has also obtained copies of emails that were sent from "mrshllr@yahoo.com" to another person and which contain evidence of an intent to extort money in connection with the threat to release the videos referred to above. The sender of the emails identifies himself as Marshall Rae. Attachments B through G are copies of emails from "mrshllr@yahoo.com."

6.      The recipient of these emails is now acting as a confidential human source under the direction of agents of the FBI. On September 23, 2011, the confidential human source (CHS) arranged and conducted two recorded telephone calls with the sender of the emails described in paragraph 5 (the "subject"). During these calls, the subject identified himself as Marshall Rae. The CHS stated that he would pay the subject a sum of money in response to the subject's demands and sought to arrange a meeting with the subject for that purpose. The subject stated that he was in California and that the meeting would need to occur there. The CHS and the subject then arranged a

2

meeting for September 27, 2011, in Sunnyvale, California. The subject stated that he
would have to drive several hours to reach Sunnyvale.

## IDENTITY OF THE SUBJECT

7.   In the electronic communication to the acting Governor, the email communications to
     the CHS, and the telephone calls with the CHS, the subject has identified himself as
     Marshall Rae. Marshall Rae is a former member of the National Greyhound
     Association (NGA) who has been involved in the greyhound racing business for many
     years.

8.   In 2010, Marshall Rae contacted Gary Guccione, the President of the NGA, and stated
     that unless he was paid $22,000, he would release video recordings that would
     embarrass the greyhound racing industry. Rae stated that he would release the
     recordings to various media outlets, including ESPN, as well as to Grey2K, an
     organization that opposes greyhound racing. Guccione spoke with Rae on the
     telephone concerning this demand and confirmed, based on many years of personal
     experience with Rae, that the individual making the demand was in fact Rae.

9.   In his emails to the CHS, the subject in this investigation similarly states that he will
     release to ESPN and Grey2K video recordings that damage the greyhound racing
     industry.

10.  Attachment D is an email message from the subject to the CHS. The email message in
     Attachment D forwards previous email messages between the subject and Carey Theil,
     Executive Director of Grey2K. In an email from September 21, 2011 at 11:03 a.m., the

3

subject tells Theil that he can be reached at two telephone numbers: 209-736-6873 and 785-280-9123.

11. A search of public records using the LexisNexis database reveals that telephone number 785-280-9123 belongs to Marshall Rae of 4195 East Parsons Point Road, Lot 38E, Hernando, Florida.

12. A search of public records using the LexisNexis database reveals that telephone number 209-736-6873 belongs to Elizabeth A. Mullally and Cal V. Porter of 3326 Meacham Ranch Road, Angels Camp, California.

13. On June 18, 2009, the Taunton Daily Gazette of Taunton, Massachusetts, published the obituary of Ruth A. Silvia. The obituary stated that Silvia was a member of the National Greyhound Association, and that her survivors included her daughter Elizabeth A. Mullally-Porter of Angels Camp, California, as well as her son Harry M. Rae of Florida. Marshall Rae's full name is Harry Marshall Rae.

14. A search of public records using the LexisNexis database shows that Elizabeth A. Mullally, currently of 3326 Meacham Ranch Road, Angels Camp, California, resided between 1988 and 1990 at 2 Saint Germain Street, Quincy, Massachusetts. A search of public records using the LexisNexis database also shows that during that same time, a person known as Elizabeth A. Rae resided at the same address.

15. On September 23, 2011, the CHS sent the subject an email message (a copy of which is included as Attachment E) containing a hyperlink to a special webpage that, unbeknownst to the subject, had been created solely for the purpose of this investigation and was not available to the public. The CHS's email suggested that the

4

subject use the hyperlink to view the webpage. Shortly after the CHS sent this email, the special webpage was accessed from a computer assigned internet protocol (IP) address 67.45.220.79.

16.     At the time the special webpage was accessed from IP address 67.45.220.79, that IP address was assigned by Hughes Network Systems, LLC, to Elizabeth A. Mullally of 3326 Meacham Ranch Road, Angels Camp, California.

17.     Among the email messages sent from the subject to the CHS is a message sent on September 22, 2011 (Attachment F). This message makes two references to the subject's sister, both involving the sister's computer. The first indicates that the subject's sister has been banned from posting on the internet forum at the website americangreyhounds.com. The second reference states, "get tomlins goon to stop trying to break into my sisters computer. It showed up on security norton." Earl Ray Tomblin is the acting Governor of West Virginia.

18.     On or around June 12, 2000, an application was submitted to the United States Postal Service for Harry Marshall Rae to become a valid recipient of mail at a post office box rented by Elizabeth Mullally and Calvin Porter of 3326 Meacham Ranch Road,

5

Angels Camp, California. A copy of the post office box application is attached as

Attachment H.

WHEREFORE, your affiant respectfully requests an arrest warrant be issued for Harry

Marshall Rae.

Further your affiant sayeth naught.

HUGH J. MALLET, Special Agent
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence, this _26_ th day of September, 2011.

MARY E. STANLEY
United States Magistrate Judge

6

Case 2:11-mj-00108 Document 3 Filed 09/29/11 Page 8 of 21 PageID #: 10 P.2/2
SEP-21-2011 15:54 From:GEN COUNSEL GOV. OFC 304 558 1962 To:304 347 5104
Case 1:11-mj-00197-SKO Document 1 Filed 09/29/11 Page 9 of 22

**Ferrell, Jennifer**

---

Subject:                              FW: Governor Contact Alert - Marshall Rae

**From:** Governor [mailto:support@wvinteractive.com]
**Sent:** Sunday, September 18, 2011 4:05 PM
**To:** Governor
**Subject:** Governor Contact Alert - Marshall Rae

Governor
*Marshall Rae* has been added

Modify my alert settings  View Marshall Rae  View Contact

**YourName:**      Marshall Rae

**EmailAddress:**   mrshllr@yahoo.com

**Comments:**      Who ever gets this
Gov, you need to act on this immediatly[NOW] get ahold of your mother and kennel
owner DEAN MINER AT Wheeling.Have Dean fill you in on the videos I have on
you[w.virginia racing] and the ones I,ve used in Texas.I'm not shitting,and if you want
to press extortion charges thats OK,too.I wouldn"t mind going that route in the courts.
Call Dean,or I think you elections down the tubes.running [YOU] out of time before I
tund this over to your rival and t.v. and papers and ESPN. Waiting to here from
Dean,Igave him a few days.HE KNOWS I AIN'T BLUFFING.

**Organization:**

**Address1:**      4195 E.Parson Point Rd

**Address2:**

**City:**          Hernando

**State:**         Florida

**ZipCode:**       34442

**Phone:**

**Subject:**       greyhounds killing jackrabbits and being killed

**Other:**

**Completed:**     No

---

**ATTACHMENT A**

1

OK,A few days and then the news media ,Molony and ESPN get it. You need to get ahold of Tomlins mother and him and explain how her job and his are in jeopardy.You should also get ahold of Vince,Julie and Especialy O'Donnel[barney]kay ,and the rest of them that deal with her.Leave Sherck,D.Strong and J.Black and Stout out of this,along with Frank Amato.    And I forgot,get Gable to give and that will be hard with his huge ego,but if he doesn't I'm really going to hit him hard with pictures for comments he made  to us[OUTSIDE KENNELS] at Valley about how important he is to greyhound.Get his money but don"t know if he can save himself. he's probly  going to do time ,him andJimmy King.                              me

---- Forwarded Message ----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Sunday, September 18, 2011 4:55 PM
**Subject:** Re:

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 17, 2011 1:55 PM
**Subject:** Re:

give me a couple of days please

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Friday, September 16, 2011 7:49 PM
**Subject:** Fw:

---- Forwarded Message ----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeight@yahoo.com" <sixthandeight@yahoo.com>
**Sent:** Friday, September 16, 2011 2:42 PM
**Subject:**

Dean,I've got some real distressing news for you.I have 4 hours of Videos taken at Kay Smiths last year along with her work list.or program.Has ..all the names of dogs,owners names and amout of rabbits each dog has had.Please don"t think I'm shitting like Gary did last year.just ask Titsworth and you can see his [videos] under Racing Comm.Hearings freedom of information act .He  lost his booking ,his and whole families Lic. dogs--every thing and in a few weeks there going to start digging up his farm and about 20 0thers,including Barneys Devilla farm that nobody  knows about,all

**ATTACHMENT B**

together 6-8 Of the big boys at Wheeling.How do you think 150,000 skeltons of greyhounds will look in satalite imiaging,all with
bullet holes in head,and the really good one,Harlyn's help rolling over on him,where the human bodies are hidden when the side
walls of the well caved in.     For verication,just ask Kay,I spent 5 days visiting her farm last Memorial,left right from Tittsworths
farm to Kays place  with about 5-6 stops along the way ,filming rabbits and dead dogs in ditches.
To make this go away for you and  all your buddies up in W.V. I'd like a contribution  of 850.000 made out to a Boy Scout troop
of my choosing'
please don't be stupid like Gary and Marty Tanner.this can and might be all over the t.v. up their way before the election. and if
you want to get a lawyer and get me for extotion,thats OK .to I get a public forum in court to show videos.  ps,there were 60
races a day,four dogs to arace,for 4 days.PLUS  all the coursing. Julies going to love these.     MR

ATTACHMENT B

------ Forwarded Message ------
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Tuesday, September 20, 2011 11:14 PM
**Subject:** Re:

Dean,I"d like a reply by noonish Friday 9-23 and delivery by overnite Fed-Ex.--- Sat del.or no later than Monday delivery or have somebody fly it to a address I"ll give you.The rush is, as you know the election date.If this doesn"t work out between us ,they will want 8-9 days of t.v Ad time. Also I'm forwarding an e-mail from Grey 2 k.They heard about the Texas Videos ,and although coy with his wording in e-mail[Chicken shit] they want the tapes for legislative purposes in W.virginia.   MR

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 17, 2011 1:55 PM
**Subject:** Re:

give me a couple of days please

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Friday, September 16, 2011 7:49 PM
**Subject:** Fw:

------ Forwarded Message ------
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeight@yahoo.com" <sixthandeight@yahoo.com>
**Sent:** Friday, September 16, 2011 2:42 PM
**Subject:**

Dean,I've got some real distressing news for you.I have 4 hours of Videos taken at Kay Smiths last year along with her work list,or program.Has ..all the names of dogs,owners names and amout of rabbits each dog has had.Please don"t think I'm shitting like Gary did last year.just ask Titsworth and you can see his [videos] under Racing Comm.Hearings freedom of information act .He lost his booking ,his and whole families Lic. dogs--every thing and in a few weeks there going to start digging up his farm and about 20 0thers,including Barneys Devilla farm that nobody  knows about.all together 6-8 0f the big boys at Wheeling.How do you think 150,000  skeltons of greyhounds will look in satalite imiaging,all with bullet holes in head,and the really good one,Harlyn's help rolling over on him,where the human

ATTACHMENT C

bodies are hidden when the side walls of the well caved in.    For verication,just ask Kay,I spent 5 days visiting her farm last Memorial,left right from Titsworths farm to Kays place  with about 5-6 stops along the way ,filming rabbits and dead dogs in ditches.

To make this go away for you and  all your buddies up in W.V. I'd like a contribution  of 850.000 made out to a Boy Scout troop of my choosing

please don't be stupid like Gary and Marty Tanner.this can and might be all over the t.v. up their way before the election. and if you want to get a lawyer and get me for extotion,thats OK ,to I get a public forum in court to show videos.  ps,there were 60 races a day,four dogs to arace,for 4 days,PLUS all the coursing. Julies going to love these.       MR

**ATTACHMENT C**

----- Forwarded Message -----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Thursday, September 22, 2011 2:08 AM
**Subject:** Fw: Special Project

----- Forwarded Message -----
**From:** Carey Theil <carey@grey2kusa.org>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Wednesday, September 21, 2011 12:28 PM
**Subject:** Re: Special Project

Thanks Marshall.

His name is Greg, and he will call you sometime in the next few days.

He is legit.  No worries about that.  He is working for us, on a special project. ;)

We endorsed Maloney for Governor in WV yesterday.  See:

http://saving-greys.blogspot.com/2011/09/for-greyhound-advocates-bill-maloney-is.html

Sincerely,
Carey

Carey M. Theil
Executive Director, GREY2K USA

ATTACHMENT D

www.GREY2KUSA.org
www.GREY2KUSAEDU.org
(617) 666-3526



**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** Carey Theil <carey@grey2kusa.org>
**Sent:** Wednesday, September 21, 2011 11:03 AM
**Subject:** Re: Special Project

I'm ok with it.Numbers to reach me at Pacific time are 209-736-6873 ////or 785-280-9123..Best time is 1:00 p.m. on for rest of
day.I raised 300 pullets for Boy Scouts and donate eggs for them to sell for camping trips and projects.That takes me 3 hours in
the morning 6.30 to 9.30
   please vet this person good,I've received 20 + threats since Texas videos were released and expect more from W.Virginia
                                                                 Marshall

**From:** Carey Theil <carey@grey2kusa.org>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Tuesday, September 20, 2011 11:53 AM
**Subject:** Special Project

Marshall,

We are working on a special project, and could really use your help.

Would you be willing to talk to someone, and educate them about dog racing? The
conversation would be completely confidential.

Part of this project involves researching the greyhound racing industry, and no one knows the
industry better than you do.

This would be tremendously helpful. Let me know if you are willing to help in this way ...

Sincerely,
Carey

Carey M. Theil
Executive Director, GREY2K USA
www.GREY2KUSA.org
www.GREY2KUSAEDU.org
(617) 666-3526



ATTACHMENT D

----- Forwarded Message -----
**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 24, 2011 1:10 AM
**Subject:** Re: youre right marshall

Tomblin talked about potentially damaging greyhound activities that DID NOT occur at his parents farm
or in WV and that his opponents might bring such to light.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Saturday, September 24, 2011 12:49 AM
**Subject:** Re: youre right marshall

Dean.what did the article say.the newspaper removed the article and issued a retraction.Somebodys head is rolling.

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** "mrshllr@yahoo.com" <mrshllr@yahoo.com>
**Sent:** Friday, September 23, 2011 3:19 PM
**Subject:** youre right marshall

https://apps.wv.gov/governor/pressdistribution/article815.html

You're making someone nervous.  I'll use this press release to get the other deadbeats to come up with
the remaining 12.5k

Dean

ATTACHMENT E

**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Thursday, September 22, 2011 9:33 AM
**Subject:** Re: dogs

Mr. Rae: I do not know the administrator of the American Greyhounds site or anything about your sister being banned, so I can not help you in tbat regard. As far as you selling me your assets, I am not stalling. Imagine my position as far as approaching these named people for financial contributions for your assets. Even though your assets have zero to do with me and do not include people that I do business with, I'm doing my best to satisfy your demands. A small percentage of bad people can be found in every walk of life and apparently, you have eveidence of this small percentage in the industry that I love. For that reason, I am doing everything that I can to satisfy your demands along the schedule you've tabled.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeichth@yahoo.com>
**Sent:** Thursday, September 22, 2011 2:07 AM
**Subject:** Re: dogs

dean,after the news yesterday I've got several request for videos from Maloney chief of staff.I'll send copy so you don't think I'm shitting you.I have a deal pending with you til Fri noon and I'll honor it til then. On anther matter,if the guy running american greyhounds forums and who-ever put him up to banning my sisters---OLD 40site -- want to play chicken,,tell them if the site is not back on for OLD 40 by 4:00 pm eastern tomorrow I'll release videos on Bluffs guy,South Florida and 40 kansas farmers I taped picking up jacks at Tom Taplins Sunday nite last year before Memorial Day ,and the next Sunday nite ,this is the next day after I left Kays.Ask David Strong to verify that i was there,and ask Steve Ward,he didn"t even know I followed him from the motel at the Mexican restaurant he stayed at ,from his 4 hour trip from his farm to pick up jacks.I had a long range, nite vision camera the State Police got me from game wardens in area,and I have 35 + guys,their trucks,and plate numbers,along with paying Taplin cash.really big stack of 20s,,5s and ones.so tell the amer.forum guy it's on Him if OLD 40 isn't unbanned and reposted.ALSO,get tomlins goon to to stop trying to break into my sisters computer.It showed up on security norton report.Have to go to Att.General about it,as the Texas State police are watching my back because of threats.e-mail me back,getting nervous about you stalling. MR

ATTACHMENT F

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Saturday, September 17, 2011 1:55 PM
**Subject:** Re:


give me a couple of days please

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeighth@yahoo.com" <sixthandeighth@yahoo.com>
**Sent:** Friday, September 16, 2011 7:49 PM
**Subject:** Fw:


----- Forwarded Message -----
**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** "sixthandeight@yahoo.com" <sixthandeight@yahoo.com>
**Sent:** Friday, September 16, 2011 2:42 PM
**Subject:**

Dean,I've got some real distressing news for you.I have 4 hours of Videos taken at Kay Smiths last year along with her work list,or program.Has ..all the names of dogs,owners names and amout of rabbits each dog has had.Please don"t think I'm shitting like Gary did last year.just ask Titsworth and you can see his [videos] under Racing Comm.Hearings freedom of information act .He  lost his booking ,his and whole families Lic. dogs--every thing and in a few weeks there going to start digging up his farm and about 20 Others,including Barneys Devilla farm that nobody  knows about,all together 6-8 Of the big boys at Wheeling.How do you think 150,000  skeltons of greyhounds will look in satalite imiaging,all with bullet holes in head,and the really good one,Harlyn's help rolling over on him,where the human bodies are hidden when the side walls of the well caved in. For verication,just ask Kay,I spent 5 days visiting her farm last Memorial,left right from Titsworths farm to Kays place  with about 5-6 stops along the way ,filming rabbits and dead dogs in ditches.
To make this go away for you and  all your buddies up in W.V. I'd like a contribution  of $50.000 made out to a Boy Scout troop of my choosing'
please don't be stupid like Gary and Marty Tanner.this can and might be all over the t,v. up their way before the election. and if you want to get a lawyer and get me for extotion,thats OK ,to I get a public forum in court to show videos. ps,there were 60 races a day,four dogs to arace,for 4 days,PLUS  all the coursing. Julies going to love these.       MR

ATTACHMENT F

**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Thursday, September 22, 2011 10:17 PM
**Subject:** Re: dogs

I appreciate your last email and strangely, feel a bit of a bond with you, especially in regards to Goebel.
I have to trust you at your word and strangely, most of me does. I can't stand many of the people that
you've mentioned and that includes the NGA. I'm still not pleased that I have to be a part of any of this.
Especially, the 10k that I've contributed to the project, but even though I don't like some of the people,
I've got to try and save my own business.

It is illegal to ship money in any form therefore it can not be insured. I will work on a solution, quickly.
Let me sleep on it and I'll get back to you tomorrow am.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Thursday, September 22, 2011 9:54 PM
**Subject:** Re: dogs

Ok on Harlin and if need be Vince. I"ll take care on Harlin on my own ,in Texas. If you get it together,you"ll never hear from me
again and you"ll get the videos.HOW do you propose doing this,flying one of your helpers here exchange, the items and he/she
flys home?give me a solution. On Theil,I"ve never before trusted him ,but the other party IS offering $100,000.for the videos that
pertain to West Vir., plus a consloting job for 2 years,,,if they win.I am not on any condition coming to Wheeling or any were but
on my ground.If you need to check around on this next statement,their"s not many around to confirm it,But during the
strike ,in New England,I was one of two cleaners sent out on road trips to stop scabs from bringing dogs in from Portland,to New
England.I"ve burned out my own uncle's kennel on road to Vermont,and numerous other jewish -lighting happenings in
Revere ,even poisioned dogs of the famous Whitey Bolger that had the dogs in Jocko McCormicks kennel at Seabrook. I'm not
scared of violence,but sure as hell not coming up there looking for it.
 SO recap,,,you get tapes,never to here from me again about West Virginia ,and you come up with plan for exchange.Hell,I"ll
sent you a copy of the tapes Monday-Tues. for nothing.Ever heard of insuring the package.Come up with something,because the

other party wanting to really meet. For what its worth,I've never mentioned the tapes to Theil,he has talked to sombody in Texas or saw the Tapes on line at Texas Racing Comm. He's assuming I have them,but I've never mention them to ANY BODY but Gary and you,and of course Texas State Police.Shit,Iwent to Kansas meeting with Att. Gen. and had 4 death threats before I got to Joplin ,mo. on my way home.Texas State Police are going to take care of him for corruption.

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Thursday, September 22, 2011 5:51 PM
**Subject:** Re: dogs

Mr. Rae:

I'm a businessman, not a dogman perse. Towards that end, I'm treating this as business and you haven't addressed a few of the points that l brought up. You did not address your plans to give me the tapes and not sell them to Theil or approach me again next year with similar demands. I think the Maloney people are leaking a bit of this as some veiled info has gotten back to me, so l do believe everything that you're saying.

l am doing my best to satisfy your requests, but there is one that I don't think that I can accomplish. l will not call Harlyn Goebel for anything in this lifetime. Draw your own conclusions.

In addition, I once fedexed $10,000 to a business associate and it was lost. There's no way that I'm putting 40-50k in any form of mail, fedex or ups fashion etc.

I've been very cooperative, but l do need answers/alternate plans to these few details mentioned above.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** dean miner <sixthandeighth@yahoo.com>
**Sent:** Thursday, September 22, 2011 8:11 PM
**Subject:** Re: dogs

Dean,Iwas going to e-mail you earlier,becausre I thought you were twisted around on this.I'm not picking on those I named persay and for you to save them,They were the ones stupid enought to get caught by me laying out all nite at numerous sites in the weeds .I e-mailed you because of the reasons you posted about yourself and because you got on the forum at American Greyhound asking for help from the other scabs your"re forced to deal with.I agree to all you conditions but one,Harlan and Tanner must help you or I will crush them in Texas,notWest Virginia.Harlin for his ego and Tanner for hiding behind the nationals,Fuck ,the whole NGA non profit thing is just a fraud,with members and board Dir. committing felonies in due course of businness. Those two will pay you or Texas Rangers will be digging up their farms and incinerator inch -by inch.Also his name was never mention because of a old friendship with Steven Boyds Dad, but old Lesters pups were very photo -genic at Stevens old farm in Okla.and now at Johns and Stevens sister farm in Okla.I will probly delete that account ,,,but you use the info. Get another 13,000 and because of the time frame,mail it to address I give you tomorrow.Mail what you have and I'll trust you to Monday-Tues. AM. Moloneys Rep. is flying here sat. and I'll stall him and send him away,if I have major part of deposit.They think these "assets" will win election for them.Other than dog Issue,I don"t care who wins.Of all the states I find Yours to be-really tough.30 years ago when they were tring to get racing Legalised Carney & Keelan would fly me and John Boyd in to the Town Meeting with a couple of dogs and a Jack o-lure. me

**From:** dean miner <sixthandeighth@yahoo.com>
**To:** MARSHALL RAE <mrshllr@yahoo.com>
**Sent:** Thursday, September 22, 2011 1:55 PM
**Subject:** Re: dogs

Mr. Rae:

I have, $27,500 so far which includes my $10,000. Even though, I am guilty of nothing, as a businessman, I understand that 50k to maintain the 3-4 million that we run for makes good business sense. That last thing that I need is WV points going back to $30. My problem is, as you are most certainly aware, is greyhound unity. I've contacted several of the bigger operations involved and have not heard back from most of them. Maybe, they think this will go away if it's ignored. I've learned in my 25+ years in the business that things don't go away. I will continue to press them the rest of the day and through the weekend. I called Guccione and he's basically washed his hands of this-that the board

ATTACHMENT G

would not approve funding. He said the NGA would not get involved at all, but to keep him posted. Gutless to the end. He did assure me that your assets are real which is why I'm emailing you with where things are presently.

Of course, I'm disappointed that you've "picked on" me for this project, but I think that I know why. I've been successful and I'm a very honorable person. I must, also, count on your honor that these assets will be turned over to me and that this payment will end this project. I'm counting on you not to be selling your assets to me and then to Theil. I need you to assure me that this isn't going to be an annual project. I respect that you're bitter about the industry, hell, so am I, but I'm hoping to stay in it for a few more years. My retirement accounts are depending on that.

**From:** MARSHALL RAE <mrshllr@yahoo.com>
**To:** sixthandeighth@yahoo.com
**Sent:** Thursday, September 22, 2011 4:28 PM
**Subject:** dogs

Dean  sorry your stuck  but my assets do effect you    if moloneys people get them your racing for peanuts

# Application for Post Office Box or Caller Service – Part 1

Customer completes items 1, 3–7, 15, and 18. Post office completes shaded items 2, 8–14, 16, 17, and 19.

**1.** Name(s) to which box number(s) is (are) assigned

Calvin Porter
Elizabeth Mullally

**2.** Box or caller numbers

through _457_

**3.** Name of person applying, title (if representing an organization), and name of organization (If different from item 1)

cc/o Harry / Marsha RAE

**4.** Will this box be used for soliciting or doing business with the public? (Check one)

a: Yes ☐    b. No ☑

**5.** Address (Number, street, apt. no.; city, state, and ZIP Code). When address changes, cross out address here and put new address on back.

3326 Meacham Ranch Rd
Angels Camp CA

**6.** Telephone number

925-932-6232

**7.** Signature of applicant (identified in item 3)

I agree to comply with all postal rules regarding post office box or caller services (as applicable).

Elizabeth Mullally

**8.** Date application received

6/12/00

**9.** Enter two types of identification and ID nos. one must be photo bearing (Driver's license, military ID, other)

A 7016083 CA
6344404 Kaiser

**10.** Dates of service

6/12/00 through _____

**11.** Check eligibility for carrier delivery
☐ a. City ☐ b. Rural ☐ c. HCR ☐ d. None

**12.** Service assigned
☐ a. Box ☐ b. Caller ☐ c. Reserve Number

**13.** Box size needed

#2

**14.** Identification and physical address verified by (Initials)

KY

PS Form **1093**, July 1998    3 keys purchased

*Use a separate form for each number or consecutive group of numbers. File part 1 alphabetically by customer's name.*

---

# Application for Post Office Box or Caller Service – Part 2

457

## Special Orders

**15.** Postmaster: The following named persons or representatives of the organization listed below are authorized to accept mail addressed to this (these) post office box(es) or caller number(s). Valid identification and proof of physical address must be provided with each name. Continue on back if necessary.

a. Name(s) of applicant(s) (Same as item 3)

b. Name of box customer (Same as item 1)

Calvin Porter
Elizabeth Mullally

c. Other Authorized Representative

d. Other Authorized Representative

**Customer note:** The Postal Service may consider it valid evidence that a person is authorized to remove mail from the box if that person possesses a key or combination to the box.

**16.** Box or caller number to which this card applies

**19.** Post office date stamp

JUN 12 2000

**17.** Will this box be used for Express Mail reshipment? (Check one)

a. Yes: ☐    b. No ☐

**18.** Signature of applicant (same as item 3)

I have read the instructions and agree to comply with the applicable standards. I certify that the statements made by me are true and complete. I understand that anyone who furnishes false or misleading information on this form or who omits material information requested on the form may be subject to criminal sanctions (including fines and imprisonment) and/or civil sanctions (including multiple damages and civil penalties). See complete Privacy Act Statement on the reverse.

Elizabeth Mullally

**ATTACHMENT H**

PS Form **1093**, July 1998

*Use a separate form for each number or consecutive group of numbers. File part 2 by box or caller number.*